UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Otniel Batista, on behalf of himself and others
similarly situated in the proposed FLSA
Collective Action,

                      Plaintiff,                    JUDGMENT

   v.                                                23-cv-02394-ENV-CLP

Approved Oil Co. of Brooklyn, Inc.,
Approved Energy LLC, SAF Transportation LLC,
and Vincent Theurer,

                      Defendants.
---------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 19, 2023; and Defendants Approved Oil Co. of Brooklyn, Inc., Approved Energy LLC, SAF Transportation LLC, and Vincent Theurer, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Otniel Batista in the total sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00); it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Otniel Batista and against Defendants Approved Oil Co. of Brooklyn, Inc., Approved Energy LLC, SAF Transportation LLC, and Vincent Theurer in the total sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00).

Dated: Brooklyn, New York                                      Brenna B. Mahoney
       October 23, 2023                                             Clerk of Court

                                                                  By:    */s/Jalitza Poveda*
                                                                            Deputy Clerk